**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**GEORGE LESTER FULLERTON, JR.**                                                **PLAINTIFF**

V.                         **CASE NO.: 4:10CV01195 SWW/BD**

**SOCIAL SECURITY ADMINISTRATION**                                       **DEFENDANT**

**ORDER**

Plaintiff has filed a complaint against the Social Security Administration. The complaint does not, however, set forth sufficient facts for the Court to determine whether it has jurisdiction over the Plaintiff's case. Accordingly, Plaintiff shall, on or before October 4, 2010, file an amended complaint setting forth the steps he has taken to obtain a final decision of the Commissioner of Social Security ("Commissioner") regarding his claim for Disability Insurance benefits under Title II or Supplemental Security Income benefits under Title XVI of the Act, 42 U.S.C. §§ 416(I), 423, 1381-1382c. Plaintiff may attach to his amended complaint a notice of action of the Appeals Council of the Social Security Administration denying his request for review of a decision of an Administrative Law Judge's decision.

The Court will hold Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (docket entry #1) and Motion to Appoint Counsel (#3) in abeyance until an amended complaint setting forth sufficient facts is filed with the Court.

IT IS SO ORDERED this 13th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE