**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GEORGE LESTER FULLERTON, JR.**                                                      **PLAINTIFF**

V.                            **CASE NO.: 4:10CV01195 BD**

**SOCIAL SECURITY ADMINISTRATION**                                  **DEFENDANT**

## JUDGMENT

George Lester Fullerton, Jr.'s appeal is denied, and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 24th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE